UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Crim. No. 7:18-cr-20-KKC-MAS-2
Civ. No. 7:22-cv-86-KKC-MAS

UNITED STATES OF AMERICA                                                          PLAINTIFF,

v.                                           **JUDGMENT**

JONATHAN EDWARD MANIGAULT,                                                         DEFENDANT.

\* \* \* \* \* \* \* \* \* \*

In accordance with the opinion and order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1) Manigault's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (DE 146) is DENIED;

2) this judgment is FINAL and APPEALABLE;

3) a certificate of appealability will not be issued, Manigault having failed to make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2); and

4) this matter is DISMISSED and STRICKEN from the Court's active docket.

This 12th day of October, 2023.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY